UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NICHOLAS MONIODES,

                     Plaintiff,

    -against-                                        20 **CIVIL** 5648 (GHW)

                                                         **JUDGMENT**

AUTONOMY CAPITAL (JERSEY) LP,
AUTONOMY AMERICAS LLC d/b/a
AUTONOMY CAPITAL, ROBERT GIBBINS,
and IVAN RITOSSA, in their individual and
professional capacities,

                     Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 11, 2021, because Plaintiff has alleged that he provided information to the SEC by telephone, not by one of the means listed under Exchange Act Rule 21F9(a), Plaintiff has failed to allege that he was a whistleblower under Dodd-Frank and thus has failed to state a claim for retaliation. Defendants' motion to dismiss under Rule 12(b)(6) is therefore GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       August 12, 2021

                                                                 **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                       **BY:**
                                                                  **Deputy Clerk**